UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL CHERNEY, | Case No. 91-1057 CW (JL) |
|     Plaintiff, | |
| v. | Extension of Stay |
| FEDERAL BUREAU INVESTIGATION, et al., | |
|     Defendants. | |

    The parties appeared before the Court on September 8, 2010, to address Mr. Cherney's motion to preserve, or in the alternative, to produce for testing - - certain evidence retained by the FBI in the Bari and Cherney matter, which were subsequently resolved by jury verdict and settlement.

    Recently, the Court was copied with a letter from attorney Dennis Cunningham to the United States Attorney General and other individuals in the Department of Justice. The Court continues to believe that negotiations with the government regarding this matter would be beneficial and perhaps the best disposition of the motion.

    In order to give the government adequate time to respond, the Court hereby extends the previous Order preserving the status quo for an additional period of time not to exceed 15 days past the Court's receipt of any response by the government to Mr.

Cunningham's letter.

    IT IS SO ORDERED.

Date: October 7, 2010

                                                         James Larson  
                                          United States Magistrate Judge